UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2158 ADM/RLE

ROBERT L. ROUILLARD,

Plaintiff,

v. ORDER

JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,

Defendant.

Upon the parties' Joint Motion for Enlargement of Time to Conduct Discovery, Stipulation and Memorandum in Support, for good cause shown, it is hereby

ORDERED that Discovery shall be completed on or before February 1, 2003.

Dated: 1/2/03

Raymond L. Erickson
The Honorable Raymond L. Erickson
United States Magistrate Judge

FILED JAN 02 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500

## NOTICE

The District of Minnesota is pleased to announce the offering of a service called New Cases System (NCS) on our web site at www.mnd.uscourts.gov. The NCS lists new civil and criminal cases filed in St. Paul, Minneapolis or Duluth each day. It indicates the date assigned, case number, case name, the city in which the case was filed, and the District and Magistrate Judge assigned to the case.

The web NCS is available free of charge. The NCS may also be accessed from the public terminals located in the clerk's offices at the addresses above.