UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2158 ADM/RLE

ROBERT L. ROUILLARD,

Plaintiff,

v.

JOHN E. POTTER, Postmaster General,
United States Postal Service,

Defendant.

ORDER OF DISMISSAL

Based upon the Stipulation of Dismissal executed by the parties hereto,

IT IS ORDERED that the above-entitled matter may be and it is hereby dismissed, with prejudice, and on the merits without further cost to either party. LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: November 18, 2003

ANN D. MONTGOMERY
United States District Court Judge

FILED NOV 18 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK