AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Robert L. Rouillard

V.

John E. Potter, Postmaster General, United States Postal Service

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2158 ADM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this matter is dismissed, with prejudice, and on the merits without further cost to either party.

November 18, 2003
Date

RICHARD D. SLETTEN, CLERK

G Schneider
(By) Gloria Schneider, Deputy Clerk

55