# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Robert L. Rouillard,

Plaintiff,

v.

William J. Henderson, Postmaster General, United States Postal Service,

Defendant.

**NOTICE OF MOTION AND MOTION TO ENFORCE THE SETTLEMENT AGREEMENT**

Civil No. 01-2158 ADM/RLE

---

TO: The above-named Defendant and their attorney(s) William Clark, Law Department, United States Postal Service, P.O. Box 66640, St. Louis, Missouri 63166-6640.

**PLEASE TAKE NOTICE** that Plaintiff Robert Rouillard, by and through his counsel, will bring the following motion and request for oral argument before the Honorable Ann D. Montgomery, United States District Court Judge, 1005 United States Courthouse, 300 Fourth Street South, Minneapolis, Minnesota 55415-2247, on a date and at a time to be set by the Court:

## MOTION

1. To enforce the terms of the settlement entered into between the parties on the record during trial on August 12, 2003, and to award Plaintiff his attorney fees incurred in

SCANNED
MAY 18 2004
U.S. DISTRICT COURT MPLS

attempting to amicably enforce the settlement agreement and then for having to bring this motion to enforce the settlement terms.

Dated: May 17, 2004.

LAW OFFICES OF
SIVERTSON AND BARRETTE, P.A.

By: ______________________

Alf E. Sivertson (122233)
Mark F. Gaughan (320729)
Attorney for the Plaintiff
The Barrister Building
1465 Arcade Street
Saint Paul, MN 55106-1723
(651) 778-0575

LAW OFFICES OF

**Sivertson and Barrette**

A PROFESSIONAL ASSOCIATION
THE BARRISTER BUILDING
1465 ARCADE STREET
ST. PAUL, MINNESOTA 55106

ATTORNEYS:
ALF E. SIVERTSON
MICHELLE M. BARRETTE
MARK F. GAUGHAN

TELEPHONE
651-778-0575
FAX: 651-778-1149

RECEIVED
BY U.S. MAIL
2004 MAY 18 AM 9: 18
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN

May 17, 2004

Mr. Richard Sletten, Clerk
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Robert L. Rouillard v. John E. Potter, Postmaster General, United States Postal Service
Civil No. 01-2158 ADM/RLE

Dear Mr. Sletten:

Enclosed for filing, together with a Certificate of Service, is the original Notice of Motion and Motion to Enforce the Settlement Agreement, Plaintiff's Memorandum in Support of the Motion to Enforce the Settlement Agreement and the Affidavit of Alf E. Sivertson. Two copies of these documents have been forwarded under separate cover to the Honorable Ann Montgomery.

Opposing counsel is being served with a copy of this letter and its enclosures.

Very truly yours,

Alf E. Sivertson
Law Offices of
SIVERTSON AND BARRETTE
Alf@sivbar.com

AES:kap
Enclosure
cc: William Clark