# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Robert L. Rouillard,

Plaintiff,

v.

William J. Henderson, Postmaster General, United States Postal Service,

Defendant.

**CERTIFICATE OF SERVICE BY MAIL**

Civil No. 01-2158 ADM/RLE

---

Kristin A. Palmer, of the City of Saint Paul, County of Ramsey, State of Minnesota, being first duly sworn, says that on the 17[th] day of May, 2004, she served the Notice of Motion and Motion to Enforce the Settlement Agreement, Plaintiff's Memorandum in Support of the Motion to Enforce the Settlement Agreement and the Affidavit of Alf E. Sivertson, upon the Defendant United States Postal Service through their attorney, William Clark, Law Department, United States Postal Service, PO Box 66640, St. Louis, Missouri 63166-6640, by mailing to him a true and correct copy thereof, in a sealed envelope, postage prepaid, and depositing the same in a United States Mail depository at Saint Paul, Minnesota.

Dated: May 17, 2004.

Kristin A. Palmer

Subscribed and sworn to before me this 17th day of May, 2004.

Notary Public

PATRICIA M. CASEY
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

SCANNED
MAY 18 2004
U.S. DISTRICT COURT MPLS