UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2158 ADM/RLE

| | | |
|---|---|---|
| ROBERT L. ROUILLARD,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, Postmaster General,<br>United States Postal Service,<br><br>Defendant. | ) | **DEFENDANT'S EXHIBITS TO RESPONSE TO MOTION TO ENFORCE SETTLEMENT** |

| | |
|---|---|
| Exhibit 1 | Declaration of David Seviola and attachments |
| Exhibit 2 | Reasonable Accommodation Committee Report |
| Exhibit 3 | Declaration of William Clark and attachments |
| Exhibit 4 | Signed Settlement Agreement |
| Exhibit 5 | Signed Release |
| Exhibit 6 | August 28, 2003 letter to counsel |

THOMAS B. HEFFELFINGER
United States Attorney

s/Lonnie F. Bryan 7-12-04

BY: LONNIE F. BRYAN
Assistant U.S. Attorney
Attorney ID Number 206635
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600