UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2158 ADM/RLE

| | | |
|---|---|---|
| ROBERT L. ROUILLARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF** |
| | ) | **DAVID SEVIOLA** |
| WILLIAM J. HENDERSON, Postmaster General, United States Postal Service | ) | |
| | ) | |
| Defendant. | ) | |

David Seviola for his declaration pursuant to 28 U.S.C. § 1746, states as follows:

1. I am the Plant Manager at the Waite Park USPS Facility.

2. Robert Rouillard is not performing the same duties as he was at the time this case settled.

3. Since last Fall, Robert Rouillard has been correcting mistaken deliveries. When a deliver is made to the wrong facility, Robert Rouillard drives to the facility and delivers the mail to the correct location.

4. Robert Rouillard willingly accepted the change to his duties, which take him about 3-4 hours each day.

5. I have noticed Robert Rouillard seems in better spirits.

6. After the settlement, Robert Rouillard told me that his psychologist had referred him to a center that could help. Later, he told me that he had taken a test indicating he should be a social worker. About that same time he told me that the psychologist wasn't going to be able to help.

7. This last year there have not been many vacant positions in Waite Park, maybe half a dozen. They are conspicuously posted. I have spoken with Robert Rouillard about these positions, but he did not feel any of them were within his medical restrictions.

8. I attended a reasonable accommodation meeting in December. Robert Rouillard and his attorney were also present. The accommodation committee could not find him a position for which the duties were within his medical restrictions.

9. I've been told that a QRC will be hired by the Postal Service. At this time, Robert

EXHIBIT
tabbles
1

Rouillard is having his medicals updated. It is sensible to provide such information to the QRC so that we might find a permanent position for Robert Rouillard.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 9th day of July 2004.

David Seviola

**St. Cloud Medical Group-Central**
1301 W. St. Germain
St. Cloud, MN 56301
(320) 251-8181, FAX # (320) 251-6942

**St. Cloud Medical Group-Northwest**
4544 County Rd. #134
St. Cloud, MN 56303
(320) 202-8949, FAX # (320) 202-0756

**St. Cloud Express Care**
4544 Co. Rd. #134
St. Cloud, MN 56303
(320) 202-8949, FAX # (320) 202-0756

**Midwest Occupational Medicine**
4544 Co. Rd. #134
St. Cloud, MN 56303
(320) 251-9675, FAX # (320) 252-2702

**Clearwater Medical Clinic**
P.O. Box 217
Clearwater, MN 55320
(320) 558-2293, FAX # (320) 558-2559

**Cold Spring Medical Clinic**
402 N. Red River Ave. Suite 2
Cold Spring, MN 56320
(320) 685-8641, FAX # (320) 685-4020

RECEIVED/1
2004 JUL 25 A 9:12
U.S. ATTORNEY
DIST. OF MINN.

FAMILY MEDICINE
Ted J. Akers, M.D.
Frank T. Barnaby, M.D.
Richard E. Cash, M.D.
LaRue V. Dahlquist, M.D.
Steven M. Danielson, M.D.
Beth A. Donnelly, M.D.
Kevin J. Donnelly, M.D.
Timothy F. Ebel, M.D.
Carl M. Erickson, M.D.
Timothy J. Hemming, M.D.
Maureen L. Kemper, M.D.
Gary Kolle, M.D.
Kurt R. Lemke, M.D.
Kelsi K. Nelson, M.D.
Scott Rahm, M.D.
John Ronning, M.D.
Richard L. Rysavy, M.D.
Kimberly W. Spaulding, M.D.
Christopher M. Tacl, M.D.
Kimberly Tjaden, M.D.
Steve Weno, M.D.
Dennis R. Weslander, M.D.
Thomas L. Wyne, M.D.
Patrick J. Zook, M.D.

OBSTETRICS and GYNECOLOGY
Gary M. Bakker, M.D.
Catherine A. Matuska, M.D.
Brett A. Pinkerton, M.D.
Robert E. Slocker, M.D.
Scott E. Walker, M.D.
Brenda Reiter, N.P.

OCCUPATIONAL MEDICINE
Philip J. Bachman, M.D., M.P.H.
Basil C. LeBlanc, M.D.

SURGERY
Michael Dorle, M.D.
Mark T. Engelsgjerd, M.D.
Robert P. Shapiro, M.D.

PEDIATRICS
Bruce Broman, M.D.
Kelly Fandel, M.D.
Richard W. Hart, M.D.
David Kelly, M.D.
Elania R. Lee, M.D.
Gary A. Snead, D.O.

ST. CLOUD EXPRESS CARE
Andrew Baron, M.D.
James Hover, M.D.
Gerald Kiedrowski, M.D.
Noel McClure, D.O.
Liaqat Sabir, M.D.

PHYSICAN ASST
Char Granite, PA-C
John Hardman, PA-C
Jennifer Rapatz-Harr, PA-C
Steve Harr, PA-C
Amy L. Huseby, PA-C
Margaret Lindberg, PA-C
Thomas Maday, PA-C

ADMINISTRATION
Dary Mathews
Administrator

September 2, 2003

RE: ROUILLARD, ROBERT L
DOB: 8/07/1947

TO WHOM IT MAY CONCERN:

Mr. Robert Rouillard has post-traumatic degenerative changes over the left wrist focused over the scaphoid radial wrist. This is chronic and unchanged since last evaluation. Subsequent to this, I would continue to discourage highly repetitive activities of the left wrist and forearm. Specific job description/tasks allowed and disallowed would be deferred to orthopedics/hand specialist as already initiated.

I would not anticipate this to improve; in fact, due to its degenerative nature, I would anticipate this will gradually worsen over time.

Sincerely,

Timothy J. Hemming, M.D.

TJH/mkb

Leave for Department of Labor Exam.

For your File Copy

UNITED STATES POSTAL SERVICE®

# Request for or Notification of Absence

| Employee's Name (Last, First, M.I.) | Social Security No. | Date Submitted | No. of Hours Requested | PP | Year |
|---|---|---|---|---|---|
| Rouillard Robert L. | 6546 | 5/11/04 | 6 | 11 | 04 |

| Installation (For PM leave, show city, state, and ZIP code) | N/S Day | Pay Loc. # | D/A Code | From Date | Hour |
|---|---|---|---|---|---|
| Waite Park Mn. P&DF 56387 | | | | 5/11 | |

| Time of Call or Request | Scheduled Reporting Time | Employee Can Be Reached At (If needed) | Thru Date | Hour |
|---|---|---|---|---|
| | | ☐ No Call | 5/11 | |

**Type of Absence**
- ☐ Annual
- ☐ Carrier 701 Rule
- ☒ LWOP (See reverse)
- ☐ Sick (See reverse)
- ☐ Late
- ☐ COP
- ☐ Other U.S.D.O.L.

**Documentation (For official use only)**
- ☐ For FMLA Leave (Certification reviewed)
- ☐ For COP Leave (CA1 on file)
- ☐ For Advanced Sick Leave (1221 on file)
- ☐ For Military Leave (Orders reviewed)
- ☐ For Court Leave (Summons reviewed)
- ☐ For Higher Level (1723 on file)
- ☐ Scheme Training Testing, Qualifying (Memo on file)

Revised Schedule for (Date):

Approved in Advance ☐ Yes ☐ No

| | |
|---|---|
| Begin Work | |
| Lunch-Out | |
| Lunch-In | |
| End Work | |
| Total Hours | |

Remarks (Do not enter medical information)

U.S. Department of Labor directive 049

I understand that the annual leave authorized in excess of amount available to me during the leave year will be changed to LWOP.

| Employee's Signature and Date | Signature of Person Recording Absence and Date | Signature of Supervisor and Date Notified |
|---|---|---|
| Bob Rouillard 5-11-04 | | |

| Scheduled | Un-Scheduled | Day | Init | Hours |
|---|---|---|---|---|
| | | Sat 01 | | |
| | | Sun 02 | | |
| | | Mon 03 | | |
| | | Tue 04 | | |
| | | Wed 05 | | |
| | | Thur 06 | | |
| | | Fri 07 | | |
| | | Sat 08 | | |
| | | Sun 09 | | |
| | | Mon 10 | | |
| X | | Tue 11 | [initials] | 0600 |
| | | Wed 12 | | |
| | | Thur 13 | | |
| | | Fri 14 | | |

**Official Action on Application** *(Return copy of signed request to employee)*

- ☒ Approved, not FMLA*
- ☐ Approved, FMLA (See Publication 71)
- ☐ Approved FMLA, Pending Documentation Noted on Reverse.
- ☐ Disapproved (Give reason): ____
- ☐ Ineligible for FMLA (Estimate eligibility date): ____

Signature of Supervisor and Date: [signature] 5/11/04

☐ Continued on Reverse

PS Form **3971**, April 2001 *(Page 1 of 2)*

**Warning:** The furnishing of false information on this form may result in a fine of not more than $10,000 or imprisonment of not more than 5 years, or both (18 U.S.C. 1001)

NORTHLAND DISTRICT

**UNITED STATES POSTAL SERVICE**

***District Reasonable Accommodation Committee***

## REFERRAL FOR REASONABLE ACCOMMODATION CONSIDERATION

| | |
|---|---|
| Employee: | Robert L. Rouillard |
| Job Title: | Mail Handler |
| Workhours: | 14:00 – 22:30 |
| Supervisor: | Gary Roquette |

| | |
|---|---|
| Facility | St. Cloud MN |
| Pay Location: | 301 |
| Date of Report: | 11/13/03 |
| | |

The above employee indicates a mental or physical condition which may affect the performance of his/her current position or a potential new position, or has otherwise requested accommodation.

*Instructions to Supervisor:*
Complete the following questions and attach documentation to support responses..

**SUPERVISOR:** [redacted]

Narrative of situation: Mr. Rouillard has an accepted Department of Labor work related injury. Restrictions related to this injury prevent Mr. Rouillard from performing the duties of his position

How did the person request accommodation? Mr. Rouillard has requested of the St. Cloud Post Office to find him work within his restrictions.

What did the person request for accommodation? Any duties that could be performed within restrictions

Date you discussed the reasonable accommodation referral with employee:

Numerous occasions since injury.

Did the employee agree? Yes ____ No ____ N/A OWCP requires the Post Office to provide work.

---

**Supervisor Signature:** ____________ **Date:** 10/13/03

**CC: KOM:** [redacted]

4E.62REVAUG02(80299-4000)

NORTHLAND DISTRICT

**UNITED STATES POSTAL SERVICE**
***District Reasonable Accommodation Committee***

## Reasonable Accommodation
## Operational Supervisor/Management Work Sheet

Name Robert L. Rouillard

Position Mail Handler

Installation St. Cloud Post Office

❶ Identify and outline the Essential Functions for this position. A worksheet is attached should you need guidance in identifying essential functions. Detail in narrative or mark on the worksheet employee's actual job duties. You can contact the Reasonable Accommodation Coordinator if you need assistance with this process.

AFCS Operator
- Straighten and arrange letter mail as it is fed through machine
- Clear jams
- Sweep full bins into letter trays
- Remove full letter tray from racks and place in containers
- Move empty and full containers
- Monitor machine to assure maximum efficiency

☒ Note: Essential Functions are the "core duties" of the position and do not include duties that are occasionally or minimally required to complete the assigned tasks.

❷ What specific restrictions must be accommodated?

Right Hand – Permanent Restrictions, No lifting over 5 pounds, limit repetitive Activity, room temp 65 degrees or greater.

Left Wrist – Discourage highly repetitive activities, light work, must use splint, anticipate gradual worsening over time

❸ Upon review of the essential functions outlined for this specific position are the restrictions in conflict with an essential function of the position? Yes

⌦ **If yes**, please explain ***specifically*** the connection between the essential function and the restrictions. (Attach a detailed narrative if necessary)

Essential functions of the job are highly repetitive in nature and require lifting in excess of restrictions.

❹ How often would the employee be required to perform a particular function/task that appears in conflict with restrictions on a daily basis?

Continually

☒ Note: Accurate documentation including: the *number of hours per day* it would be performed and the *number of times per day*. 6 hours, continually

❺ Are there employees who would be able to assist with performance of this particular job function? No

❻ Would accommodation of this particular restriction adversely affect your operation? Yes

☒ If yes, please describe the specific difficulty that the proposed accommodation would have on your operation or safety of the employee and/or other employees. Attach a detailed narrative that addresses the effect of the accommodation.

Basically the functions of the position would have to be totally performed by another employee. This would be an undue hardship to the Postal Service.

Mr. Rouillard has been formally offered a phone answering position.
Clerical Operation
$42,000 per year
None
None

☒ Note: See attachment for definitions regarding undue hardship.

☒ Each of the following categories should be addressed so that accurate data is collected for formal review of reasonable accommodation.

- Type of operation the applicant would be working in.
- Potential costs of the accommodation.
- Potential effect on other employees in the facility (workload, not morale).
- Potential effect on production standards.

❼ Does the proposed accommodation violate the collective bargaining agreements? No

☒ If yes, please describe the specific violation.

| DAVID SEVIOLA MMPO | [signature] | 11/13/03 |
|---|---|---|
| Printed Name and Title | Signature | Date |

Date: November 5, 2003
Subject: Official Job Discussion

Dave Seviola had an official job discussion with Robert Rouillard concerning making live clock rings with his time card. Mr. Rouillard was instructed to keep his time card in the Mail Handlers union office in order to avoid loss of or damage to time card. Mr. Rouillard was also instructed to make live clock rings and not use PS Form1234 (Green Card).

Schedule will be as follows:

Begin Tour 0800
End Tour 1650

I AGREED THAT START TIMES CAN VARY. D.S.

Lunch will be 30 minutes, no later than 6 hours after begin tour.

Signed: [signature]
Dave Seviola

Signed: REFUSE TO SIGN 11-6-03 11:20 AM.
Robert Rouillard

Date: 11-6-03

Date:

Time: 11:20 AM

Time:

MR. ROUILLARD REFUSED TO SIGN. HE DID READ. & STATED HE FELT THIS INSINUATED HE WAS RESPONSIBLE FOR NOT RINGING CLOCK IN THE PAST WHEN IN FACT IT WAS DUE TO CARD BEING LOST. HE ACKNOWLEDGED KNOWING HE SHOULD RING THE CLOCK NOW THAT HE HAS A CARD. HE WILL KEEP TIME CARD IN UNION OFFICE

[signature]

Manager, Mail Processing Operations

UNITED STATES
POSTAL SERVICE

Date: 10-8-03
Subject: Vacant Positions

Robert Rouillard
Mail Handler
St. Cloud P&DF

Dear Robert,

Attached are descriptions of 4 vacant positions at the St. Cloud P&DF, MP 436, MP 106, MP 402, and MP 472. Please identify which if any of the positions you can perform with or without accommodations. If an accommodation is necessary, please describe it. I need this information to assess whether the Postal Service can assist you in finding productive work. Please respond by October 22, 2003.

Dave Seviola

cc: Joan Marshall, Manager, Human Resources
Sherry Constans, Manager, Injury Compensation

St. Cloud Processing & Distribution Facility
517 10th Avenue South
Waite Park MN 56387-1517
320-654-9744
Fax 320-654-9608

# UNITED STATES POSTAL SERVICE

## OPEN TO PTRs ONLY

### Notice of Vacancy in Assignment(s)

Post this notice on the bulletin board in your station or unit for the full time of posting as shown below.
Remove on the date and at the time shown below, retain in your office for 30 days, then destroy.

**Note to Employee:** Use Form 1717, Bid for Preferred Assignment, to bid for the assignment(s) described below. Your bid(s) must have been received in the Personnel Office no later than the date and time shown below. Under no circumstances will your bid(s) be accepted after the date and time specified. Complete a separate Form 1717 for each position desired and number them in order of preference.

BID MP 106 7462588
ASSIGNMENT AREA – ST CLOUD PDF
BIDS WILL BE ACCEPTED FOR THE FOLLOWING ASSIGNMENT:

DISTRIBUTION CLERK KP-12 PS SALARY LEVEL 5 OCC CODE 2315-04

SCHEME KNOWLEDGE REQUIRED: DEXTERITY TRAINING

HOURS OF DUTY & SCHEDULE OF WORK DAYS: 2200-0630

DAYS OFF: SUN-MON

PRINCIPAL DUTIES:
(BY ZIP AND BAR CODE DESIGNATIONS)
BREAK DOWN AND PREP OF INCOMING TRAYS
CITY POUCH RACK
POSTAGE DUES, BACKUP LIPS
OTHER DUTIES AS ASSIGNED

BASE OPER # 180

SENIOR BIDDER: No Bidders

SENIORITY DATE:

ASSIGNMENT EFFECTIVE:

Date and Time Posted: 8/26/03 (1100)

Date and Time Withdrawn: 9/05/00 (1100)

THE LAW (39 U.S. CODE 1002) PROHIBITS POLITICAL AND CERTAIN OTHER RECOMMENDATIONS FOR APPOINTMENTS, PROMOTIONS, ASSIGNMENTS, TRANSFERS, OR DESIGNATIONS OF PERSONS IN THE POSTAL SERVICE. Statements relating solely to character and residence are permitted, but every other kind of statement or recommendation is prohibited unless it either is requested by the Postal Service and consists solely of an evaluation of the work performance, ability, aptitude, and general qualifications of an individual or is requested by a Government representative investigating the individual's loyalty, suitability, and character. Anyone who requests or solicits a prohibited statement or recommendation is subject to disqualification from the Postal Service and anyone in the Postal Service who accepts such a statement may be suspended or removed from office

PS FORM 1716A

# UNITED STATES POSTAL SERVICE

## Notice of Vacancy in Assignment(s)

Post this notice on the bulletin board in your station or unit for the full time of posting as shown below
Remove on the date and at the time shown below, retain in your office for 30 days, then destroy.

**Note to Employee:** Use Form 1717, Bid for Preferred Assignment, to bid for the assignment(s) described below. Your bid(s) must have been received in the Personnel Office no later than the date and time shown below. Under no circumstances will your bid(s) be accepted after the date and time specified. Complete a separate Form 1717 for each position desired and number them in order of preference.

BID MP472
ASSIGNMENT AREA – ST CLOUD PDF – TOUR I AFSM
BIDS WILL BE ACCEPTED FOR THE FOLLOWING ASSIGNMENT:

MAIL PROCESSOR KP-0012 PS SALARY LEVEL PS-05 OCC CODE 2315-55

SCHEME KNOWLEDGE REQUIRED: NONE

HOURS OF DUTY & SCHEDULE OF WORK DAYS: TUES-SAT 2300-0730

DAYS OFF: SUN/MON

PRINCIPAL DUTIES: FLAT SORTER OPERATOR

OTHER DUTIES AS ASSIGNED

BACKFILLED BY PTF: Linda Drong

SENIORITY DATE: 6/15/02

ASSIGNMENT EFFECTIVE: 9/6/03

| Date and Time Posted | Date and Time Withdrawn |
| --- | --- |
| 7/30/03 (1100) | 8/8/03 (1100) |

THE LAW (39 U.S. CODE 1002) PROHIBITS POLITICAL AND CERTAIN OTHER RECOMMENDATIONS FOR APPOINTMENTS, PROMOTIONS, ASSIGNMENTS, TRANSFERS, OR DESIGNATIONS OF PERSONS IN THE POSTAL SERVICE. Statements relating solely to character and residence are permitted, but every other kind of statement or recommendation is prohibited unless it either is requested by the Postal Service and consists solely of an evaluation of the work performance, ability, aptitude, and general qualifications of an individual or is requested by a Government representative investigating the individual's loyalty, suitability, and character. Anyone who requests or solicits a prohibited statement or recommendation is subject to disqualification from the Postal Service and anyone in the Postal Service who accepts such a statement may be suspended or removed from office

PS FORM 1716A

# UNITED STATES POSTAL SERVICE

## PTFs ONLY

### Notice of Vacancy in Assignment(s)

Post this notice on the bulletin board in your station or unit for the full time of posting as shown below.
Remove on the date and at the time shown below, retain in your office for 30 days, then destroy.

**Note to Employee:** Use Form 1717, Bid for Preferred Assignment, to bid for the assignment(s) described below. Your bid(s) must have been received in the Personnel Office no later than the date and time shown below Under no circumstances will your bid(s) be accepted after the date and time specified. Complete a separate Form 1717 for each position desired and number them in order of preference.

BID MP 436 7575477
ASSIGNMENT AREA – ST CLOUD PDF TOUR III AFSM
BIDS WILL BE ACCEPTED FOR THE FOLLOWING ASSIGNMENT:

MAIL PROCESSOR KP-12 PS SALARY LEVEL 05 OCC CODE 2315-0064

SCHEME KNOWLEDGE REQUIRED: NONE

HOURS OF DUTY & SCHEDULE OF WORK DAYS: MON/THURS-FRI 1800 –0230
SAT/SUN 1730-0200

DAYS OFF: TUES/WED

PRINCIPAL DUTIES: AFSM 100
OTHER DUTIES AS ASSIGNED

BACKFILL BY PTF: ROGER JENSEN

SENIORITY DATE: 5/18/02

ASSIGNMENT EFFECTIVE: 8/17/02

Date and Time Posted
PTF PREF

Date and Time Withdrawn

THE LAW (39 U.S. CODE 1002) PROHIBITS POLITICAL AND CERTAIN OTHER RECOMMENDATIONS FOR APPOINTMENTS, PROMOTIONS, ASSIGNMENTS, TRANSFERS, OR DESIGNATIONS OF PERSONS IN THE POSTAL SERVICE. Statements relating solely to character and residence are permitted, but every other kind of statement or recommendation is prohibited unless it either is requested by the Postal Service and consists solely of an evaluation of the work performance, ability, aptitude, and general qualifications of an individual or is requested by a Government representative investigating the individual's loyalty, suitability, and character. Anyone who requests or solicits a prohibited statement or recommendation is subject to disqualification from the Postal Service and anyone in the Postal Service who accepts such a statement may be suspended or removed from office

PS FORM 1716A

# UNITED STATES POSTAL SERVICE
# Open To PTRs Only
## Notice of Vacancy in Assignment(s)

Post this notice on the bulletin board in your station or unit for the full time of posting as shown below. Remove on the date and at the time shown below, retain in your office for 30 days, then destroy.

**Note to Employee:** Use Form 1717, Bid for Preferred Assignment, to bid for the assignment(s) described below. Your bid(s) must have been received in the Personnel Office no later than the date and time shown below. Under no circumstances will your bid(s) be accepted after the date and time specified. Complete a separate Form 1717 for each position desired and number them in order of preference.

BID MP 402
ASSIGNMENT AREA ST CLOUD PDF TOUR I AUTO LETTERS
BIDS WILL BE ACCEPTED FOR THE FOLLOWING ASSIGNMENT:

MAIL PROCESSOR KP-12 PS SALARY LEVEL 5
OCC CODE 2315-0064

SCHEME KNOWLEDGE REQUIRED: None

HOURS OF DUTY & SCHEDULE OF WORK DAYS: 2200-0630

DAYS OFF: SUN/MON

PRINCIPAL DUTIES: AUTOMATED LETTERS
OTHER DUTIES AS ASSIGNED

SENIOR BIDDER: No Bidders
SENIORITY DATE:
ASSIGNMENT EFFECTIVE:

| Date Time and Posted | Date and Time Withdrawn |
|---|---|
| 08/01/03 (1100) | 08/01/03 (1100) |
| | |

THE LAW (39 U.S. CODE 1002) PROHIBITS POLITICAL AND CERTAIN OTHER RECOMMENDATIONS FOR APPOINTMENTS, PROMOTIONS, ASSIGNMENTS, TRANSFERS, OR DESIGNATIONS OF PERSONS IN THE POSTAL SERVICE. Statements relating solely to character and residence are permitted, but every other kind of statement or recommendation is prohibited unless it either is requested by the Postal Service and consists solely of an evaluation of the work performance, ability, aptitude, and general qualifications of an individual or is requested by a Government representative investigating the individual's loyalty, suitability, and character. Anyone who requests or solicits a prohibited statement or recommendation is subject to disqualification from the Postal Service and anyone in the Postal Service who accepts such a statement may be suspended or removed from office.

PS FORM 1716A

October 21, 2003

To: Dave Seviola MMPO
Waite Park Mn. P&DF

From: Bob Rouillard

Subject; Positions offered at the P&DF to provide productive employment.

Dave,

I have observed the operations offered in the vacant Clerk Craft bid jobs. It is my conclusion that,as offered, each of the listed offered jobs are beyond the restrictions and physical capabilities I currently posess.

I'm confident that upon your review of the Doctors documented restrictions you will agree. All offered work requires to a greater or lesser extent considerable repetitive motion and exceeds weight restrictions.

I don't know to what extent these positions can be modified to comply with my physical limitations and I also do not think it within my authority to presume changes to work outside of my own Craft.

It is also unclear as to what extent acceptance of work within another Craft will effect my seniority.

I am
Sincerely

Bob Rouillard

Bob Rouillard

August 25, 2003

To: Dave Seviola
From: Bob Rouillard
Re: Retraining Counseling

Dave,

I went to a session with Dr. Pelletier on 8/21 during which resulted his reccomendation to collaborate with the attached organization in an attempt to help me transition to another job.

I am going to a preliminary screening interview on 8/27/03.

I would like to meet with you as soon as possible to get your thoughts and hear your advice. Depending on the outcome of this first initial meeting with the Odyssey organization and the Postal Services' willingness to accept this approach to retraining we should possibily discuss the issue of who is going to pay for counseling.

I am looking forward to getting started with this as I'm sure you are.

Bob

Bob Rouillard

# Odyssey

> *The only real success is living your life your own way.*
>
> *- Christopher Wren*

*Odyssey is transition counseling based on three beliefs:*

1. *You are unique.*
2. *Your life will be more fulfilling if your work expresses this uniqueness.*
3. *It's better to be going after something than to be running away from something.*

*Odyssey aims to assist your efforts in finding new directions for the long term. NOT an employment service, it seeks to be a transitional service — one which bridges the space between endings and new beginnings.*

*All counseling is conducted by Dr. Kirk Lamb, Ph.D., Licensed Psychologist. Dr. Lamb, who began with Processus in 1980, has been a career consultant and psychotherapist for nearly thirty years. Using as few meetings as necessary, he aims to engage your capacity to take charge of your career transition.*

*If you are interested, please call to schedule a free thirty minute interview with Dr. Lamb (320-252-2976 or 800-530-7446). When you call, the receptionist will set up your appointment, outline current fees and explain payment options. During your visit Dr. Lamb will attempt to customize an assessment plan to fit your personal circumstances.*

*Processus*
*110 2nd Street South*
*Marketplace Office Tower*
*Suite 301*
*Waite Park, MN 56387*

GREG PELLETIER PhD, LP
BEHAVIORAL HEALTH CLINIC
1406 6TH AVENUE N
ST CLOUD MN 56303

56303+1900 18

# Odyssey

# Career Exploration Services

**Processus Counseling and Consulting**
**(320) 252-2976**
**800-530-7446**
**www.processus-counseling.com**

## WHO USES ODYSSEY?

*People with concerns such as these:*

- *I need to make a new start in life, I know what I don't want, but, beyond that, I don't know where I want to go.*
- *I have to do something about the stress I experience at work! Is it me? Is it them? Is it the career or just my job situation?*
- *I'm underemployed. My work doesn't let me use my abilities, doesn't challenge me. I'm stagnating. I'm bored.*
- ***A job loss is forcing met to find a new career. I have little choice in the matter.***
- ***I know I want to go to school, but I'm not sure about a suitable academic plan for me.***
- *I've got some ideas about a major career shift, but I'm hesitant to take such a big step without checking things out objectively.*
- *I now see that my personal unhappiness in life is due more to my work than I realized. I need to either change my work or the way I approach my work.*
- *I want to learn more about myself at a deeper level than I have been able to reach on my own.*

## ODYSSEY OPTIONS

### FREE PRELIMINARY INTERVIEW

*Approximately 30 minutes.*
*Costs are discussed.*

### ASSESSMENTS

*Inventories followed by Interpretive Sessions.*

**PERSONALITY**

- ***The Myers-Briggs Type Indicator***
  *Describes your personal style in a constructive, insightful manner. Personality and career reports with additional options regarding leadership, stress management and relationships.*
- ***The FIRO-B** (Fundamental Interpersonal Relationship Orientation —Behavior)*
  *Describes your basic interpersonal needs and their implications for work satisfaction.*
- ***The California Psychological Inventory***
  *Describes your comfort with your personality including your sense of effectiveness and balance in life. Especially useful in assessing management and leadership questions.*

**VOCATIONAL INTERESTS**

- ***The Strong Vocational Interest and Skills Confidence Inventory***
  *A profile report of basic themes and interests and similarity scores for hundreds of occupational groups. Plus skills confidence scores and an interpretive guide.*
- ***The Self-Directed Search***
  *An assessment of your vocational personality code with listings of corresponding occupations, fields of study and leisure pursuits.*

**SKILLS**

*A card sort assessment which clarifies priorities among transferrable skills.*

**VALUES**

*A card sort assessment which clarifies personal and vocational values underlying career decision-making.*

**WORK ENVIRONMENT**

*A card sort assessment which clarifies priorities regarding working conditions and environments.*

**WORK STRESS**

*The Occupational Stress Inventory evaluates types and degrees of stress affecting you.*

## ADDITIONAL COMPONENTS

- ***Readings.***
  *A reading list of helpful resources for career changers.*
- ***Internet sources.***
  *References to Internet Resources (Web sites and e-mail networks)*
- ***Professional counseling.***
  *To address personal, marital, family or other barriers to successful transitions. Counseling services may be covered under your health insurance*

U.S. DOL

## AQS Injured Worker Case Query ★ ★ ★

| | | | |
|---|---|---|---|
| **AGENCY:** | 563900 - US POSTAL SERVICE , MINNEAPOLIS MGT SECT CNTR | | |
| **CASE#:** | 100473875 | **MASTER:** | |
| **NAME:** | ROUILLARD , ROBERT L | **SSN:** 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 | **Sex:** M |
| **Address:** | 903 MAIN ST E | **DOB/Age:** 08/07/1947-56 | |
| **City State Zip:** | ST STEPHEN , MN 56375 | **DOI:** 12/10/1997 | |
| **Occupation:** | P2340-MISC POSTAL | | |
| **Reported Condition:** | 44421A - Upper extremity<br>P3958R - Repair of blood vessel with unspecified type of patch graft | **Condition Accepted** | |
| **Claim Rcv'd:** 8 | **Form Rcv'd:**- 2 01/26/1998 | **CEID:** CCJ | **Injury ZIP:** 56387 |

## ★ ★ ★ CASE STATUS - Case In Chicago

| | | | |
|---|---|---|---|
| *Adjudication Status* ● | AM | - 11/04/2003 - | Accepted - Medical Payments Only |
| *Prior Adjud Status1* ● | AD | - 11/04/2003 - | Accepted - Daily Roll Payment |
| *Initial Adjud Status* ● | AM | - 03/04/1998 - | Accepted - Medical Payments Only |
| *Voc Rehab Status* ● | 7 | - 09/07/2001 - | - RETURNED TO WORK - NURSE INTERVENTION PRO |
| *Current Case Status* ● | MC | - 11/04/2003 - | Medical Care Only |
| *Previous Case Status* ● | DR | - 11/04/2003 - | Daily Roll |
| *Current Location* ● | FIL | - 11/06/2003 - | - CENTRAL FILE |
| *Previous Location* ● | CCF | - 11/03/2003 - | - CLAIMS EXAMINER |

| | |
|---|---|
| ● *Continuation of Pay was not elected* | *Case Created:* ● 02/02/1998 |
| ● *Pay was not Terminated* | *Reviewed:* ● 02/05/1998 |
| ● *Case has not been controverted* | *Closed:* ● |
| ● *Lost Time Began:* | *Reopened:* ● |
| ● *Last Updated On:* 11/06/2003 | *Retired:* ● - |

*Cause of Injury* ● 99 - CAUSE UNKNOWN
*Nature of Injury* ● M9 - MUSCULOSKELETAL CONDITION, OTHER
*Anatomical Location* ● MS - SINGLE HAND
*Extent of Injury* ● 1 - No Lost Time

### ★ AUTHORIZATION FOR MEDICAL TREATMENT & PHYSICAL THERAPY ★

| CA-16 Authorized Medical Treatment Period From Date - To Date | Physical Therapy Treatment Period From Date - To Date |
|---|---|
| - | 12/12/1997-03/02/1999 |
| - | - |



RR0017

NORTHLAND DISTRICT
MINNEAPOLIS/SAINT PAUL MN

INJURY COMPENSATION
BOX 645029
SAINT PAUL MN 55164-5029

UNITED STATES POSTAL SERVICE

PHONE (651) 293-3060
FAX (651) 293-3058

September 22, 2000

SUBJECT Robert Rouillard, Workability Issue(s)

TO: Dr. Paul Schultz

Dear Dr. Schultz

Below are tasks proposed by Mr. Rouillard's supervisor. Would you review and please indicate if you feel the employee is capable of doing the tasks. Please mail or fax your response to my office. Thank you for your attention to this request.

Tear-ups: Taping damaged letters back together that are ripped in automated machinery and sending on to the addressee. If addressee is not known, task involves finding matching pieces, putting in an apology bag and returning to customer if possible. Job is self-paced. Employee can sit or stand.

X no. cannot do job

___yes. can do job ____#continuous hours ____# hours per 8 hour shift

Hand canceling: Letters that are too large for mechanical canceling are hand canceled by placing an inked rubber stamper on the stamps. One at a time. Job is self-paced. Employee can sit or stand as desired.

✓ no. cannot do job

____yes. can do job ____#continuous hours ____#hours per 8 hour shift

Bundles: taking rubber bands off of bundles of letters and placing them in letter trays. Letter bundles consist of 10 - 40 letters weighing 1 - 2 lbs. Job is self-paced.

✓ no. cannot do job

____yes. can do job ____#continuous hours ____#hours per 8 hour shift

Traying rejects from AFCS Letters are rejected from the canceling machine into a small container and must be arranged facing the same direction in a letter tray. Self-paced job

X no. cannot do job

____yes. can do job ____#continuous hours ____#hours per 8 hour shift

Re: Robert Rouillard (continued)

Model G Flyer. Placing letters individually or in small quantities onto a machine that cancels stamps. Job is self-paced.

X no, cannot do job

____yes, can do job ____#continuous hours ____#hours per 8 hour shift

Answer phones. Picking up receiver or could be accommodated with a headset.

____no, cannot do job

X yes, can do job ____#continuous hours ____#hours per 8 hour shift
But no repetitive writing or use of keyboard

Assist on culling belt: Removing odd sized pieces of letters and flat mail from normal size mail that is being moved across a wasted high conveyer belt. Job is self-paced.

X no, cannot do job

____yes, can do job ____#continuous hours ____#hours per 8 hour shift

Sorting letters: Individually placing letter sized pieces of mail into a pigeon holed cabinet.

X no, cannot do job

____yes, can do job ____#continuous hours ____#hours per 8 hour shift

All of the above jobs would require the use of hands, moving or arranging mail pieces or bundles weighing from less than an ounce up to 3 lbs. Most work is of a repetitive nature, however, different motions would be required by different tasks. Tasks could be varied and performed for short periods with breaks as needed. Please note: many of these tasks are self-paced.

[signature] MD 12/20/2000
physicians signature date

If you have any questions, please call me.

Thank you for your attention to this request.

Sincerely,

[signature]
Ed DeCelle
Injury Compensation Specialist

UNITED STATES POSTAL SERVICE

P.O. Box 645029
ST. PAUL MN 55164-5029

Phone (651) 293-6060
FAX (651) 293-6058

DATE: 4/10/01

SUBJECT: LIMITED-DUTY/MODIFIED JOB OFFER

OWCP Case # A10-473875

**EMPLOYEE NAME:** Robert Rouillard Date of Injury: 12/12/97

CURRENT POSITION: CRAFT: Mail Handler PL: Office: St Cloud P & D

Workhours: 1400- 2250 Off Days: Sat./ Sun.. On , , with reference to your on-the-job injury, your physician states that you are capable of performing a limited-duty/modified job within the following restrictions. These restrictions apply 24 hours per day.

No repetitive use of the right hand. No repetitive writing or keyboard use with the right hand. (Left Hand.) Temperature of work area should be at least 60 degrees. Lifting 20 pounds maximum with frequent lifting and/or carrying objects of up to 10 pounds. Significant walking and standing are permitted. A sitting job with a degree of pushing and pulling of arm/leg control are also permitted.

* * SUPERVISORS MUST COMPLETE THE FOLLOWING SECTION * *

The following **LIMITED-DUTY/MODIFIED JOB ASSIGNMENT** has been identified at the St Cloud P & D ____________ Post Office. Additional duties may be assigned which are within your restrictions:

**OPN #** ______ **Workhours: 1400-2250 Off days: Sat. / Sun. Payrate: Current $39,271 / yearly**
(if performing "productive" work, must transact into a productive #, LDC 68 or OPN 959 not authorized)

**DUTIES: Sit at a desk and answer phone calls. Page employees/ supervisors. If a message needs to be written down: use left hand to write down message or use keyboard using left hand only. When using keyboard use lower case letters to avoid using right hand. Chair with back support will be provided. If necessary, head set for telephone will be provided. Sit or stand as needed.**

If you are currently working less than 8 hours per day, the above duties are available up to 8 hours per day. This position will be available on ~~4/12/01~~ 4/12/01 and will continue until your restrictions change and/or your limited-duty assignment changes. Please be advised that if you do not accept this job offer, in accordance with the Federal Employee's Compensation Act (FECA), OWCP will be notified and your continuation of pay (COP) and/or compensation may be terminated.

**I ACCEPT THIS JOB OFFER:** X
UNDER PROTEST

**I REFUSE THIS JOB OFFER:** ____________
**(must state reasons for refusal)**

**EMPLOYEE SIGNATURE:** Bob Rouillard **DATE:** 4-16-01

* * SUPERVISOR - RETURN ORIGINAL SIGNED JOB OFFER TO THE INJURY COMPENSATION OFFICE * *
P.O. Box 645029 St. Paul MN 55164-5029 (5/10/99)

NATIONAL LIMITED DU... D REHABILITATION REASSESSMENT INITIATI...
NORTHLAND PERFORM...CE CLUSTER

SC

UNITED STATES POSTAL SERVICE

April 25, 2003

RE: Robert L ROUILLARD
Claim #: 100473875
DOI: 12/10/97

Dear Doctor:

Our records indicate that you are the attending physician for Mr. ROUILLARD, who sustained a workplace injury. Your medical reports indicate that this employee continues with work restrictions because of this injury. This is a request for clarifying information.

Please respond to the following questions:

1. What is the work related diagnosis? Right Hand Vascular Insufficiency
2. Have all residuals of this injury resolved? Yes_____ No ✓
3. If no, what is the expected recovery date? Long Term Chronic Impairment
4. If work restrictions are required for the work related condition, please describe the restrictions in detail (weight limits, intermittment/continuous, number of hours, etc.):
Continue Current Restrictions. No Repetitive use Right Hand, No Lifting Right Hand over 5 lbs., Work in warm climate > 60-65°F.
5. Are these work related restrictions permanent? Yes ✓ No_____
6. If yes, when did patient reach Maximum Medical Improvement? In the 90's

Printed name/title of individual completing this information: Paul W. Schuller MD
Street/PO Box Address: 3701 12th St. N. #100
City, State, Zip Code: St. Cloud, MN. 56303
Physician's Signature: Paul W. Schuller MD
Date: 6/12/03

We would ask that you reply to the above questions within 14 days. Please be kind enough to return your response in the enclosed self-addressed envelope. You may submit your fee for this report on a standard Form HCFA/OWCP 1500 for payment to the following address: LDC 68/69 Team Leader, C/O Sherry Constans, IC Manager, P.O. Box 645029 Minneapolis, MN 55164-5029. If you have any questions concerning this request, you may contact Nancy Dagg at 612-349-3540.

Sincerely,

Nancy V. Dagg
Nancy V. Dagg, R.N., OHNA
Northland PC - Minneapolis

RECEIVED
MAY 14 2003
MEDICAL UNIT
MPLS., MN 55401-9410

ExhibitP1B.doc
Revised 10/10/02

TOTAL P.02

07/15/03 TUE 09:18 [TX/RX NO 6611]

NORTHLAND DISTRICT
MINNEAPOLIS/SAINT PAUL MN

INJURY COMPENSATION
PO BOX 64502
SAINT PAUL MN 55164-5029

UNITED STATES POSTAL SERVICE

PHONE (651) 293-6080
FAX (651) 293-6058

July 15, 2003

SUBJECT: Robert Rouillard, Work Duty Status

TO: Midsota Plastic Surgeons
Dr. Paul Schultz
Attn.: Dr. Schultz's Nurse

Dear Dr. Schultz:

You are treating our employee, Robert Rouillard for a work related injury. On 5/7/03 you completed the attached form indicating Mr. Rouillard has the following restrictions:
-no repetitive use of the right hand
-no lifting with the right hand over 5 lbs.
-work in a warm climate greater than 60 to 65 degrees.

We have run into a problem regarding the interpretation of "no repetitive use of the right hand". We are trying to identify work for the employee within the restrictions given. The claimant is indicating he has no use of his hand. Would you please respond to the following and fax your response to my office (651-293-6058)

Mr. Rouillard can grasp (light) ___ times per hour with his right hand.

Mr. Rouillard can write ___ minutes per hour with his right hand.

Can the employee write short notes with his right hand? Self paced

Any other comments?
Self paced. Unable to provide cycle time for activity.

Paul Schultz MD ___ 7/16/03
Physicians Signature Date

If you can response to this ASAP, it would be greatly appreciated.

Thank you for your attention to this request.

Sincerely,

Ed DeCelle

Ed DeCelle
Injury Compensation

Cc: Robert Rouillard

Attachment: 1 page

07/15/03 TUE 09:18 [TX/RX NO 6611]

...ian's Report

U.S. Department of Labor
Employment Standards Administration
Office of Workers' Compensation Programs

| ...me Last | First | Middle | 2. Date of Injury mo. day yr. | 3. OWCP File Number | OMB No. 1215-0103 Expires: 10-31-99 |
|---|---|---|---|---|---|
| Pouliccardo | Robert | L | 12 10 1971 | 100473875 | |

...istory of injury (including disease) did patient give you?
Cold Rt. Hand

...s there any history or evidence of concurrent or pre-existing injury or disease or physical impairment? (If yes, please describe)
☐ Yes ☑ No
ICD-9 Code

6. What are your findings? (Include results of X-rays, laboratory reports, etc.)
Angiogram – Occluded Ulnar Art. and graft
S/P Arterial Reconstruction

7. What is your diagnosis?
Rt. Ulnar Artery Occlusion, Vascular Insufficiency Hand
ICD-9 Code

8. Do you believe the condition found was caused or aggravated by an employment activity? (Please explain answer)
☑ Yes ☐ No

9. Did injury require hospitalization? If no, go to item #13 ☐ Yes ☐ No
10. Date of Admission mo. day yr.
11. Date of Discharge mo. day yr.
12. Additional Hospitalization required If yes, describe in "Remarks" (Item 25) ☐ Yes ☐ No

13. What treatment did you provide?
Rt. Arm Ulnar Artery Bypass Reconstruction 5/03/90, 11/9/98

14. Date of first examination mo. day yr. 5 7 90
15. Date(s) of treatment mo. day yr. 5 3 90 | mo. day yr. 11 9 98 | mo. day yr.
16. Date of discharge from treatment mo. day yr.

17. Period of total disability From mo. day yr. Thru mo. day yr.
18. Period of Partial Disability From mo. day 98 yr. Thru mo. day yr. Present
19. Date employee able to resume light work mo. day yr.

20. Date employee is able to resume regular work mo. day yr.
21. Has employee been advised that he/she can return to work? #25 As Below ☐ Yes ☐ No
22. If yes, on what date was he/she advised? mo. day yr.

23. If employee is able to resume only light work, indicate the extent of physical limitations and the type of work that could reasonably be performed with these limitations. (Continue in item #25 if necessary.)
24. Are any permanent effects expected as a result of this injury? If yes, describe in item #25 ☑ Yes ☐ No

25. Remarks Self Paced Work.
No Repetitive use (Right) Hand, No lifting Right Hand over 5 lb
Work on Warm Envir. 60-65 °F.

26. If you have referred the employee to another physician provide the following:
Name
Address
City State ZIP
Specialty
27. What was the reason for this referral? ☐ Consultation ☐ Treatment

26. I certify that the statement in response to the questions asked above are true, complete and correct to the best of my knowledge. Further, I understand that any false or misleading statement or any misrepresentation or concealment of material fact which is knowingly made may subject me to felony criminal prosecution.

Signature of Physician Carl W. [illegible], MD Date 8/13/03

29. Name of Physician
30. Tax ID Number
Address
31. Do you specialize? ☐ Yes ☐ No
City State ZIP
32. If yes, indicate specialty

Form CA-20
Rev. Jan. 1997

**St. Cloud Medical Group-Central**
1301 W. St. Germain
St. Cloud, MN 56301
(320) 251-8181, FAX # (320) 251-6942

**St. Cloud Medical Group-Northwest**
4544 County Rd. #134
St. Cloud, MN 56303
(320) 202-8949, FAX # (320) 202-0756

**St. Cloud Express Care**
4544 Co. Rd. #134
St. Cloud, MN 56303
(320) 202-8949, FAX # (320) 202-0756

**Midwest Occupational Medicine**
4544 Co. Rd. #134
St. Cloud, MN 56303
(320) 251-9675, FAX # (320) 252-2702

**Clearwater Medical Clinic**
P.O. Box 217
Clearwater, MN 55320
(320) 558-2293, FAX # (320) 558-2559

**Cold Spring Medical Clinic**
402 N. Red River Ave. Suite 2
Cold Spring, MN 56320
(320) 685-8641, FAX # (320) 685-4020

FAMILY MEDICINE
Ted J. Akers, M.D.
Frank Y. Barnaby, M.D.
Richard E. Cash, M.D.
LaRue V. Dahlquist, M.D.
Steven M. Danielson, M.D.
Beth A. Donnelly, M.D.
Kevin J. Donnelly, M.D.
Timothy F. Ebel, M.D.
Carl M. Erickson, M.D.
Timothy J. Hemming, M.D.
Maureen L. Kemper, M.D.
Gary Kolle, M.D.
Kurt R. Lemke, M.D.
Kelsi K. Nelson, M.D.
Scott Rahm, M.D.
John Ronning, M.D.
Richard L. Rysavy, M.D.
Kimberly W. Spaulding, M.D.
Christopher V. Tact, M.D.
Kimberly Tjaden, M.D.
Steve Wano, M.D.
Dennis R. Weslander, M.D.
Thomas L. Wyne, M.D.
Patrick J. Zook, M.D.

OBSTETRICS and GYNECOLOGY
Gary M. Bakker, M.D.
Catherine A. Matuska, M.D.
Brett A. Pinkerton, M.D.
Robert E. Stocker, M.D.
Scott E. Walker, M.D.
Brenda Rewer, N.P.

OCCUPATIONAL MEDICINE
Philip J. Bachman, M.D., M.P.H.
Basil C. LaBlanc, M.D.

SURGERY
Michael Dorie, M.D.
Mark T. Engelsgjerd, M.D.
Robert P. Shapiro, M.D.

PEDIATRICS
Bruce Broman, M.D.
Kelly Fandel, M.D.
Richard W. Hart, M.D.
David Kelly, M.D.
Elania R. Lee, M.D.
Gary A. Snead, D.O.

ST. CLOUD EXPRESS CARE
Andrew Baron, M.D.
James Hover, M.D.
Gerald Kiedrowski, M.D.
Noel McClure, D.O.
Liaqat Sabir, M.D.

PHYSICAN ASST.
Char Granite, PA-C
John Hardman, PA-C
Jennifer Rapatz-Hatt, PA-C
Steve Harr, PA-C
Amy L. Husaby, PA-C
Margaret Lindberg, PA-C
Thomas Manay, PA-C

ADMINISTRATION
Daryl Mathews
*Administrator*

September 2, 2003

RE: ROUILLARD, ROBERT L
DOB: 8/07/1947

TO WHOM IT MAY CONCERN:

Mr. Robert Rouillard has post-traumatic degenerative changes over the left wrist focused over the scaphoid radial wrist. This is chronic and unchanged since last evaluation. Subsequent to this, I would continue to discourage highly repetitive activities of the left wrist and forearm. Specific job description/tasks allowed and disallowed would be deferred to orthopedics/hand specialist as already initiated.

I would not anticipate this to improve; in fact, due to its degenerative nature, I would anticipate this will gradually worsen over time.

Sincerely,

Timothy J. Hemming, M.D.

TJH/mkb

MIDSOTA
PLASTIC SURGEONS, P.A.

# MIDSOTA OFFICE NOTES

ROBERT ROUILLARD
ACCT #:38278
DOB: 8/7/1947

November 18, 2003 - Robert Rouillard is seen in clinic today. His Department of Labor Employment Standards Administration worksheet is completed for Mr. Rouillard's impairment.

Exam is again completed to evaluate extremity appearance, ROM and description of complaints. A letter is dictated outlining Mr. Rouillard's impairment by MA guidelines as noted with table 16-17 in the 5th Addition of the American Medical Association Evaluation of Permanent Impairment. Mr. Rouillard has 53% body impairment due to his 89% impairment of upper extremity due to vascular insufficiency of the right hand. PWSchultzMD/muk d11/18/03 t11/24/03 (dictated but not read)