NORTHLAND DISTRICT



**UNITED STATES POSTAL SERVICE**
**District Reasonable Accommodation Committee**

CERTIFIED MAIL - RETURN RECEIPT REQUESTED #70023150000079814203

DATE: December 12, 2003

FILE ID: Rouillard File 308.03

SUBJECT: Denial of Accommodation

TO: Robert I. Rouillard
517 10th Ave. So.
Waite Park, MN 55387-1517

Recently the Reasonable Accommodation Committee met with you regarding your requested work place accommodation. The committee reviewed this request and determined that reasonable accommodation is not required. The committee's decision is because there is no established need for accommodations in order to perform the essential functions of your limited duty job offer (answering phones in the St. Cloud Processing and Distribution operation). During that meeting, you informed the committee that the limited duty job offer is within your medical restrictions.

Since no accommodation is required, the committee is closing your file and referring you back to Dave Seviola. Manager Mail Processing. Mr. Seviola will be meeting with you to develop a plan for your transition back to the limited duty position. We did canvas the open bid positions at or below your level. However, we did not find any positions where the essential functions are within your restrictions.

If you are aware of bid positions that you feel you could do you are free to apply for them and will be considered. In addition, if you are aware of such positions, and would like the District Reasonable Accommodation Committee to assist you with accommodations you can request reasonable accommodation at that time.

Sincerely,

Coordinator
Reasonable Accommodation Committee

NOTICE OF RIGHT TO PURSUE EEO COMPLAINT PROCESS

If your request for reasonable accommodation has been denied and you are dissatisfied with the decision, you have certain rights. You have the right to pursue the EEO complaint process regarding the

4E.77JUL01(80299-4000)

EXHIBIT
2

denial of your request for accommodation. You must commence the EEO complaint process within 45 days of the act(s) giving rise to your claim in order to preserve your rights under Federal law, even if you are also participating in any informal dispute resolution process. Failure to timely pursue the EEO complaint process could result in the dismissal of your complaint.

Cc. Dave Seviola