UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ROBERT L. ROUILLARD,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. POTTER,<br>Postmaster General,<br>United States Postal Service<br><br>Defendant. | ) | Civil No. 01-2158 ADM/RLF<br><br>DECLARATION OF<br>WILLIAM J. CLARK, IV |

I, William J. Clark, IV, declare as follows:

1. I am employed by the United States Postal Service, and have been so employed since September of 1999. My current position is Career Attorney for the Western Area Law Department.

2. I act as counsel for the Agency in District Court matters. In that role I act as a liaison/assistant to the United States Attorney's Office for all litigation matters.

3. On or about February 10, 2004, I was approached by Assistant United States Attorney, Lonnie Bryan, requesting that the Agency look into deciding whether or not to pay for a QRC to evaluate Mr. Rouillard's position and determine an appropriate bid position.

4. Immediately thereafter I began the process of determining if the Agency would agree to pay for the QRC and after about two weeks it was decided that the Agency would pay for the QRC.

EXHIBIT
tabbies
3

5. Thereafter, on or about March 9, 2004, this information was relayed to Mr. Rouillard's attorney, Alf Siverston. I informed Mr. Siverston that we, the Agency, would pay the cost of a QRC.

6. Prior to the scheduling of the QRC, on or about March 19, 2004, the Agency was informed that the United States Department of Labor, Office of Workers' Compensation Programs ("OWCP") had scheduled Mr. Rouillard for a referee examination as there were some discrepancies in his medical records.

7. Consequently, I informed Mr. Siverston, of this independent examination and my concern that if we placed him in a job that did not meet with his current medical situation it could cause the Agency and Mr. Rouillard some consternation if we had revisit this same situation at a later date. It was my understanding that we had agreed to wait for the results of the referee examination and that the Agency would still pay for the QRC after said examination.

8. On or about April 14, 2004, I was informed that Mr. Rouillard's examination had been arranged by OWCP and would take place on May 11, 2004. It was my assumption that after that examination and the results the Agency would schedule the QRC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of July, 2004.

William J. Clark IV
William J. Clark, IV

**U.S. Department of Labor**

Employment Standards Administration
DFEC Central Mailroom – District 10
P.O. Box 8300
London, KY 40742-8300
(312) 596-7157

April 12, 2004

File Number: 10-473875
Date of Injury: 12/10/97

Robert L. Rouillard
903 Main Street E
St. Stephen, MN 56375

Dear Mr. Rouillard:

We have determined that a conflict in medical evidence exists in your case, and that a REFEREE EXAMINATION must therefore be conducted. The nature of the conflict in medical evidence is as follows:

Continued work-related disability.

ARRANGEMENTS FOR EXAMINATION

The physician selected to perform this examination is:

Heather Rocheford, M.D.
Health South Physical Therapy
1740 Weir Drive
Woodbury, MN 55125
(651) 731-2286← (for directions only)
Specialty: Plastic Surgeon/Hand Surgery

We have made an appointment for you to be examined by this physician at the following date and time:

Date: Tuesday, May 11, 2004 Time: 1:00 p.m.

Section 8123(a) of the Federal Employees' Compensation Act (FECA) provides that the specialist selected to resolve a conflict of medical evidence must not have been previously involved in the case. We selected the physician named above by rotation from a directory of specialists. If this physician has previously treated you, examined you, or had any other prior involvement with you or your attending physician, please advise this office immediately.

We have arranged the earliest possible date for your appointment, so you should not change the date unless you can get an appointment no more than a week later than the date shown. On receipt of this letter telephone the physician's office to confirm the appointment, and to obtain instructions related to the examination and any necessary tests. Also, you should give the physician's office a telephone number where you can be reached.

**Doctor Rocheford** may find it necessary to refer you for other tests or further examination to accurately assess your medical condition. The physician will discuss any further referral with you if any additional evaluation is needed.

U.S. Department of Labor
In the 21st Century

www.dol.gov

Searc



July 9, 2004 DOL Home > Find It! By Organization

# Find It! By Organization

As an organization with diverse functions, we carry out our mission through a number of offices and agencies. These are organized into major program areas, and headed by an Assistant Secretary or other official. Review our Strategic Plan to see how these diverse, crosscutting functions are integrated and linked to support the goals of the Department. You can also view the Department of Labor Organizational Chart.

## Quick Links

| | | |
|---|---|---|
| OSEC | ESA | OCFO |
| 21CW | -OFCCP | OCIA |
| | -OLMS | |
| ARB | -OWCP | OCIO |
| BLS | -WHD | ODEP |
| BRB | ETA | OIG |
| CFBCI | ILAB | OSBP |
| EBSA | MSHA | OSHA |
| ECAB | OALJ | SOL |
| | OASAM | VETS |
| | OASP | WB |

**Office of the Secretary (OSEC)**

(Key Personnel)

**Office of the 21st Century Workforce (21CW)**

**Administrative Review Board (ARB)**

(Mission Statement, Organizational Chart, Key Personnel)

**Benefits Review Board (BRB)**

(Mission Statement, Organizational Chart, Key Personnel)

**Bureau of International Labor Affairs (ILAB)**

(Mission Statement, Organizational Chart, Key Personnel)

**Bureau of Labor Statistics (BLS)**

(Mission Statement, Organizational Chart, Key Personnel)

**Center for Faith-Based & Community Initiatives (CFBCI)**

(Mission Statement, Organizational Chart, Key Personnel)

**Employee Benefits Security Administration (EBSA)**

(Mission Statement, Organizational Chart, Key Personnel)

**Employees' Compensation Appeals Board (ECAB)**

Compli Assista

FairPay Rules

21st Ce Workfo

Secreta Speech Testim

Newsro

Calend

Doing DOL

Resear

State L

About

DOL Ag

(Mission Statement, Organizational Chart, Key Personnel)

**Employment Standards Administration (ESA)**

(Mission Statement, Organizational Chart, Key Personnel)

- Office of Federal Contract Compliance Programs (OFCCP)
- Office of Labor-Management Standards (OLMS)
- Office of Workers' Compensation Programs (OWCP)
- Wage and Hour Division (WHD)

**Employment & Training Administration (ETA)**

(Mission Statement, Organizational Chart (PDF), Key Personnel)

**Mine Safety & Health Administration (MSHA)**

(Mission Statement, Organizational Chart, Key Personnel)

**Occupational Safety & Health Administration (OSHA)**

(Mission Statement, Organizational Chart, Key Personnel)

**Office of Administrative Law Judges (OALJ)**

(Mission Statement, Organizational Chart (PDF), Key Personnel)

**Office of Congressional & Intergovernmental Affairs (OCIA)**

(Mission Statement, Organizational Chart, Key Personnel)

**Office of the Assistant Secretary for Administration and Management (OASAM)**

(Mission Statement, Organizational Chart, Key Personnel)

**Office of the Assistant Secretary for Policy (OASP)**

(Mission Statement, Organizational Chart, Key Personnel)

**Office of the Chief Financial Officer (OCFO)**

(Mission Statement, Organizational Chart, Key Personnel)

**Office of the Chief Information Officer (OCIO)**

(Mission Statement, Organizational Chart, Key Personnel)

**Office of Disability Employment Policy (ODEP)**

(Mission Statement, Organizational Chart, Key Personnel)

## Office of Inspector General (OIG)

(Mission Statement, Organizational Chart, Key Personnel)

## Office of Small Business Programs (OSBP)

(Mission Statement, Organizational Chart, Key Personnel)

## Office of the Solicitor (SOL)

(Mission Statement, Organizational Chart, Key Personnel)

## Veterans' Employment & Training Service (VETS)

(Mission Statement, Organizational Chart, Key Personnel)

## Women's Bureau (WB)

(Mission Statement, Organizational Chart, Key Personnel)

Back to Top www.dol.gov

Frequently Asked Questions | Freedom of Information Act | Customer Survey
Privacy & Security Statement | Disclaimers | E-mail to a Friend

**U.S. Department of Labor**
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

**1-866-4-USA-DOL**
TTY: 1-877-889-5627
**Contact Us**