# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Robert L. Rouillard,

Plaintiff,

v.

William J. Henderson, Postmaster General, United States Postal Service,

Defendant.

**STIPULATION FOR COMPROMISE SETTLEMENT**

Civil No. 01-2158 ADM/RLE

It is hereby stipulated by and between Robert L. Rouillard, Plaintiff, and the United States Postal Service, Defendant, by and through their respective attorneys as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. The United States Postal Service, Defendant, agrees to pay to the Plaintiff the sum of **SIXTEEN THOUSAND DOLLARS ($16,000) FOR PHYSICAL ILLNESS AND SICKNESS**, which sum shall be in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof, resulting, and to result, from the same subject matter that gave rise to the above-captioned lawsuit, including any claims for wrongful death, for which Plaintiff or his heirs, executors, administrators, or assigns, and each

EXHIBIT 4

of them, now have or may hereafter acquire against the United States Postal Service, its agents, servants, and employees.

3. Plaintiff and his heirs, executors, administrators or assigns hereby agree to accept the sum of **SIXTEEN THOUSAND DOLLARS ($16,000) FOR PHYSICAL ILLNESS AND SICKNESS**, in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind and nature, arising from, and by reason of any and all known and unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which Plaintiff may have or hereafter acquire against the United States Postal Service, its agents, servants and employees on account of the same subject matter that gave rise to the above-captioned lawsuit, including any future claim for wrongful death. Plaintiff and his heirs, executors, administrators or assigns further agree to reimburse, indemnify and hold harmless the United States Postal Service, its agents, servants, and employees from any and all such causes of action, claims, liens, rights, or subrogated or contribution interests incident to or resulting from further litigation or the prosecution of claims by Plaintiff or his heirs, executors, administrators or assigns against any third party or against the United States Postal Service, including claims for wrongful death.

4. The Postal Service will not withhold applicable federal, state, and local taxes from this payment. The Postal Service, however, will report the amount paid, as required by law, on a Form 1099. Payment will be by check made payable to Plaintiff Robert Rouillard SSN 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 and his Attorney, Alf Sivertson, TIN No. 41-1429192 .

5. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the United States Postal Service, its agents, servants, or employees, and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

6. It is also agreed, by and among the parties, that the settlement amount of **SIXTEEN THOUSAND DOLLARS ($16,000) FOR PHYSICAL ILLNESS AND SICKNESS** represents the entire amount of the compromise settlement and that the respective parties will each bear their own costs, fees, and expenses and that any attorneys fees owed by the Plaintiff will be paid out of the settlement amount and not in addition thereto.

8. In consideration of the payment as set forth above, Plaintiff agrees that he will cause his attorney to execute and file with the court such documents as shall be necessary to cause the above-styled action to be dismissed with prejudice from the docket of the court.

9. Plaintiff, Robert Rouillard, has claims pending before the United States Department of Labor, which were brought pursuant to the Federal Employees Compensation Act and are not affected or otherwise compromised by this instant agreement.

Executed this 5th day of September, 2003.

THOMAS B. HEFFELINGER
United States Attorney

Robert L. Rouillard
Plaintiff

BY: LONNIE F. BRYAN 9-11-03
Assistant U.S. Attorney
Attorney ID No. 206635
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Alf E. Sivertson
Attorney for Plaintiff

Attorneys for Defendant
United States Postal Service

CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| ROBERT L. ROUILLARD,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. HENDERSON, Postmaster General, United States Postal Service,<br><br>Defendant. | ) | Civil No. 01-2158 ADM/RLE |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the State and District of Minnesota and is a person of such age and discretion as to be competent to serve papers.

That on September 11, 2003 she served a copy of the attached:

STIPULATION FOR COMPROMISE SETTLEMENT

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee:

Alf E. Sivertson, Esq
Sivertson and Barrette
1465 Arcade Street
St. Paul, MN 55106

SALLY KUNKEL