EXHIBIT 5

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2158 ADM/RLE

| | | |
|---|---|---|
| ROBERT L. ROUILLARD, Plaintiff, | ) | |
| v. | ) | RELEASE |
| JOHN E. POTTER, Postmaster General, United States Postal Service, Defendant. | ) | |

1. In consideration of the payment of **SIXTEEN THOUSAND DOLLARS ($16,000) FOR PERSONAL INJURY AND EMOTIONAL DISTRESS** to the Plaintiff, Robert Rouillard, by the Defendant, the receipt of which is hereby acknowledged, the Plaintiff, Robert Rouillard, hereby releases and forever discharges the Defendant and all of its agencies, and any employees or agents thereof whose acts or omissions gave rise to the claim involved in this litigation from all further and future liability which might accrue to the Plaintiff by reason of the incident which is the subject of this action by Plaintiff against Defendant.

2. The said Plaintiff, Robert Rouillard, does further hereby release, acquit, and forever discharge, and agrees to defend, indemnify, and hold harmless the United States Postal Service, its agents and employees, of and from any and all liability, causes of action, demands, damages, costs, losses, or expense of and from any and all insurance companies and any other persons or organizations who have or claim to have subrogated or assigned claims or

workmen's compensation claims or liens arising out of or related to the subject matter of the suit described above.

Dated this 1st day of November 2003.

Robert L. Rouillard

Robert Rouillard, Plaintiff

IN WITNESS WHEREOF the undersigned has executed this release document this 1st day of November, 2003.

WITNESS