**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

*600 United States Courthouse*
*300 South Fourth Street*
*Minneapolis, MN 55415*

*(612)664-5600*

August 28, 2003

Alf E. Sivertson, Esq
Sivertson and Barrette
1465 Arcade Street
St. Paul, MN 55106

Re: Rouillard v. Potter
Civil No. 01-2158 ADM/RLE

Dear Mr. Sivertson:

I have revised the settlement agreement. Although I considered your request to include the language of Judge Montgomery's Order in the agreement, the language was never part of the agreement. Moreover, as you recall, we talked about funding that is available to your client to pay for QRC type services. By including the language in the agreement, I would be opening the door for Mr. Rouillard to tag the U.S. Postal Service for the expenses, which was never part of the agreement. Finally, I checked with Diane White. She has not requested a copy of the order, which you can obtain by contacting the court reporter.

Please sign the enclosed Stipulation for Compromise Settlement, placing your TIN No. in the appropriate blank, and return it to me.

I will send a copy of thé signed Stipulation to the Postal Service which will issue the check. When I forward the check to you, I will include the Stipulation of Dismissal and Release. Please be advised that it typically will take six to eight weeks to process the settlement and forward the check to us.

EXHIBIT
tabbies
6

Thank you for your cooperation.

Sincerely,

THOMAS B. HEFFELFINGER
United States Attorney

BY: LONNIE F. BRYAN
Assistant United States Attorney

LFB:tmk

Enclosure

c: (w/enclosure)
William J. Clark IV, Esq.