CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| ROBERT L. ROUILLARD,<br><br>Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>Defendant. | ) | Civil No. 01-2158 ADM/RLE |

I hereby certify that on July 12, 2004, I caused the following documents:

Response to Motion to Enforce Settlement; Exhibit List; Exhibits 1-6; and Certificate of Service

to be filed electronically with the Clerk of Court through ECF.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Alf E. Sivertson, Esq.
Sivertson and Barrette
1465 Arcade Street
St. Paul, MN 55106

s/Tina M. Knoll
Tina M. Knoll